

# NUMBER 13-22-00252-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SUNRAY MARKETING, LLC,
SUNRAY TERMINAL, LLC, JEFF
KIRBY, AND JANE G. HELM,                                    Appellants,

v.

PETRO SOURCE PARTNERS, LLC,                                Appellee.

On appeal from the 156th District Court
of San Patricio County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Tijerina, and Peña
Memorandum Opinion by Justice Peña**

We previously abated this matter so that the parties could attempt to settle this

dispute. This matter is now before the Court on appellants' unopposed motion to lift

abatement and dismiss appeal. The parties have settled all issues before the trial court and appellants request that we reinstate the case and dismiss the appeal.

The Court, having considered appellants' unopposed motion, is of the opinion that the unopposed motion should be granted. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(2). The motion is granted, the case is reinstated, and the appeal is hereby dismissed.

Pursuant to the parties' agreement, each party will bear their own costs. *See id.* R. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
17th day of August, 2023.

2